IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YASIN SALEH,

      Plaintiff,                          No. CIV S-08-0746 GGH

     vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                <u>ORDER</u>

_____/

        Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for Supplemental Security Income ("SSI") under Title XVI of the Social Security Act ("Act"). Under the venue statute governing this action, plaintiff may obtain a review of any final decision of the Secretary made after a hearing to which the plaintiff was a party by commencing a civil action in the federal district court for the judicial district in which the claimant resides. 42 U.S.C. § 405(g). Plaintiff resides in Modesto, California, which is located in Stanislaus County. That county is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

1

1 | division of the court.  Therefore, this action will be transferred to the Fresno Division of the
2 | court.
3 |       Good cause appearing, IT IS HEREBY ORDERED that:
4 |       1. This action is transferred to the United States District Court for the Eastern
5 | District of California sitting in Fresno; and
6 |       2. All future filings shall reference the new Fresno case number assigned and
7 | shall be filed at:

      United States District Court
      Eastern District of California
      2500 Tulare Street
      Fresno, CA 93721

DATED: January 14, 2009

                /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE

GGH:076
Saleh746.ven.wpd